UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INGRID GUTIERREZ,                                   Case No. 20-CV-1093 (PK)

                          Plaintiff,                    **STIPULATION OF**
                                                                 **DISCONTINUANCE**
       -against-

EAST SIDE III. CORP d/b/a ATWOOD,
SHAWN RASSMAN and THOMAS PERONE,

                          Defendants.
-------------------------------------------------------------X

       **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants in the above-captioned matter, that Plaintiff's Causes of Action are hereby dismissed with prejudice and without costs and/or attorneys' fees to any party as against any other party;

       **IT IS FURTHER STIPULATED** that this Stipulation may be signed in counterparts and by facsimile or electronic signature each of which shall be an original but all of which together shall constitute one and the same instrument. This Stipulation may be filed without further notice with the Court.

Dated:  January 20, 2021                         Dated: January 20, 2021

AKIN LAW GROUP PLLC                    LITCHFIELD CAVO, LLP
Attorneys for Plaintiff                           Attorneys for Defendants


*/s/ Robert D. Salaman*                          */s/ Michael K. Dvorkin*
_____                   _____ _____
Robert D. Salaman                                Michael K. Dvorkin
45 Broadway, Suite 1420                     420 Lexington Avenue, Suite 2104
New York, New York 10006                 New York, New York 10170
Tel: (212) 825-1400                               Tel: (212) 434-0100
rob@akinlaws.com                               dvorkin@litchfieldcavo.com

SO ORDERED:

*Peggy Kuo*
_____
Hon. Peggy Kuo